UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
EDGAR ESTUARDO SULUGUI CHIYAL, :
:
                Petitioner, :
:
      -v- : 26 Civ. 457 (JPC)
:
KENNETH GENALO, *et al.*, : ORDER
:
                Respondents. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court, having examined the Petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that: The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

      By January 27, 2026, the U.S. Attorney's Office shall file an answer or other pleadings in response to the Petition, explaining the basis for Petitioner's detention and Petitioner's location. Petitioner may file reply papers, if any, by February 3, 2026. In preparing their papers, the parties shall discuss whether, if the statutory provision under which the Government asserts the authority to detain Petitioner is 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from this Court's recent decision in *Chen v. Almodovar*, No. 25 Civ. 9670 (JPC), 2026 WL 100761 (S.D.N.Y. Jan. 14, 2026). The order entered on January 17, 2026, staying Petitioner's removal and transfer is hereby vacated. *See* Dkt. 3 at 2 (explaining that the order may be "vacated or modified by the judge who is assigned to this action").

      SO ORDERED.

Dated: January 20, 2026
       New York, New York

                                                          JOHN P. CRONAN
                                                          United States District Judge