# MUSA-OBREGON LAW, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| SHAUKY MICHAEL MUSA-OBREGON, ESQ. | JAPETH MATEMU, ESQ |
| PETER KAPITONOV, ESQ. | SAMI EL CHERIF, ESQ |
| KARL J. ASHANTI, ESQ. | VASILIS (C.M.) CHINGEWE, ESQ |
| NOEL AKINSOLA, ESQ | ALEIX CUADRADO, ESQ |

*REPLY TO WHITE PLAINS OFFICE

| MASPETH OFFICE | MANHATTAN OFFICE | WHITE PLAINS OFFICE* |
|---|---|---|
| 55-21 69TH ST., 2nd FL | 757 THIRD AVE., 20TH FL | 199 MAIN ST., SUITE 608 |
| MASPETH, N.Y. 11378 | NEW YORK, N.Y. 10017 | WHITE PLAINS, N.Y. 10601 |
| TEL (718) 803-1000 | TEL (212) 655-4424 | TEL (914) 380-1436 |
| FAX (718) 374-6576 | FAX (718) 374-6576 | FAX (718) 374-6576 |

Via Electronic Filing
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

Re      Sulugui Chiyal v Genalo et al 2:26-cv-00729-MEF    **Request for extension to file Letter in Reply to Respondent's letter dated Feburary 6, 2026 ON CONSENT.**

Counsel for Petitioner respectfully requests a brief extension of time to respond to the Government's letter dated February 6, 2026. Counsel for Respondents has consented to this request.

Undersigned counsel was engaged in a previously scheduled arraignment involving a detained criminal defendant before the United States District Court for the Eastern District of New York, which limited counsel's ability to prepare a timely response. Petitioner therefore respectfully requests an extension until Thursday, February 12, 2026, to file his reply.

This request is made in good faith and will not prejudice Respondents.

Respectfully submitted,

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: 2/10/26

/S/Peter Kapitonov, Esq
/s/ Peter Kapitonov, Esq
Attorney for Mr. Pineda Cornelio
Musa-Obregon Law, PC
55-21 60th St, 2nd Floor
Maspeth, NY